JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MARCUS ANDERSON, | ) | NO. EDCV 17-1156-DOC (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W. L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 30, 2017 .

_____/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE